# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 24, 2018

## NO. 03-18-00260-CR

**Ronald Rudolph Rodriguez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction rendered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction and sentence. Therefore, the Court reverses the district court's judgment of conviction and remands the case for a new punishment hearing consistent with this Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.